United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00729-JAW
Centeria Nashia Elbert  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Jun 17, 2025      Form ID: n031      Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Centeria Nashia Elbert, 227 Western Hills Dr, Jackson, MS 39212-3216 |
| 5487839 | ++ | ASSUREX HEALTH, 6960 CINTAS BLVD, MASON OH 45040-8922 address filed with court:, AssureX Health, 6000 S Mason Montgomer, Mason, OH 45040 |
| 5487842 | + | Baptist Medical Center, 1225 N State St, Jackson, MS 39202-2097 |
| 5487845 | + | Climb Credit, P.O. Box 91910, Sioux Falls, SD 57109-1910 |
| 5514951 | + | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5487849 | + | Integra, 3280 N University Ave, Provo, UT 84604-4405 |
| 5487858 | + | MS Sports Medicine, 1325 E Fortification, Jackson, MS 39202-2499 |
| 5487861 | | Orkin, 1205 Pin Oak Dr, Flowood, MS 39232-9715 |
| 5505762 | + | RISE Credit, Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5487866 | + | Robert Elbert, Jr, 227 Western Hills Dr, Jackson, MS 39212-3216 |
| 5487867 | + | Stringer Furiture, 3105 Lynch St, Jackson, MS 39209-7351 |
| 5499248 | | Stringer Furniture, Stringer Furniture Co., 3105 Jr Lynch St., Jackson, MS 39209 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5487835 | ^ | MEBN | Jun 17 2025 19:29:33 | Advance America, 322 Rhett St, Greenville, SC 29601-2532 |
| 5493434 | + | Email/Text: bnc@teampurpose.com | Jun 17 2025 19:32:00 | Advance America, c/o Purpose Financial, Inc., PO Box 3058, Spartanburg, SC 29304-3058 |
| 5487836 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 17 2025 19:41:54 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5487837 | ^ | MEBN | Jun 17 2025 19:29:32 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5487838 | + | Email/Text: bankruptcy@acacceptance.com | Jun 17 2025 19:32:00 | American Credit Acceptance, Attn: Bankruptcy, 961 East Main Street, Spartanburg SC 29302-2149 |
| 5487840 | + | Email/Text: bk@avant.com | Jun 17 2025 19:32:00 | Avant, 640 La Salle St, Ste 535, Chicago, IL 60654-3731 |
| 5487841 | + | Email/Text: bk@avant.com | Jun 17 2025 19:32:00 | Avant/WebBank, 222 N Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5487843 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2025 19:41:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5487844 | + | Email/Text: bankruptcynotice@integracredit.com | Jun 17 2025 19:32:00 | Ccb-integra, 120 S Lasalle St, Chicago, IL 60603-3403 |
| 5515488 | + | Email/Text: customerservice@launchservicing.com | Jun 17 2025 19:31:48 | Climb Investco LLC, c/o Launch Servicing, LLC, PO Box 91910, Sioux Falls SD 57109-1910 |
| 5487846 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: n031 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 5487850 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 17 2025 19:41:49 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| | | | Jun 17 2025 19:31:00 | Department of Treasury - Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5487847 | + | Email/PDF: bncnotices@becket-lee.com | Jun 17 2025 19:41:57 | Finwise Bank, P.O. Box 565848, Dallas, TX 75356-5848 |
| 5487848 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 17 2025 19:32:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5487851 | + | Email/Text: ebone.woods@usdoj.gov | Jun 17 2025 19:32:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5507512 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 17 2025 19:32:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 5487852 | | Email/Text: customerservice.us@klarna.com | Jun 17 2025 19:31:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5487853 | ^ | MEBN | Jun 17 2025 19:29:30 | Kubota Credit, Attn: Bankruptcy, P.O. Box 2046, Grapevine, TX 76099-2046 |
| 5487854 | | Email/Text: customerservice@launchservicing.com | Jun 17 2025 19:31:52 | Launch Servicing Llc, 5109 S Broadband Lane, Sioux Falls, SD 57108 |
| 5513734 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2025 19:41:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5495730 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2025 19:41:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5493199 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 17 2025 19:41:57 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5487857 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jun 17 2025 19:32:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5487855 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2025 19:41:49 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5487856 | + | Email/Text: EBN@Mohela.com | Jun 17 2025 19:31:00 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5487859 | + | Email/Text: netcreditbnc@enova.com | Jun 17 2025 19:32:36 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5487860 | + | Email/Text: opportunitynotices@gmail.com | Jun 17 2025 19:32:00 | OppLoans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago, IL 60601-6379 |
| 5514968 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 19:41:57 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5498945 | | Email/Text: bnc-quantum@quantum3group.com | Jun 17 2025 19:32:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5488829 | + | Email/Text: bankruptcy@regionalmanagement.com | Jun 17 2025 19:31:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5487865 | + | Email/Text: elevate@ebn.phinsolutions.com | Jun 17 2025 19:32:00 | RISE Credit, 4150 International Pla, Fort Worth, TX 76109-4892 |
| 5487862 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 17 2025 19:55:58 | Regional Acceptance, Attn: Bankruptcy, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 5493093 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 17 2025 19:55:58 | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5487863 | + | Email/Text: bankruptcy@regionalmanagement.com | Jun 17 2025 19:31:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 5487864 | + | Email/Text: newbk@Regions.com | Jun 17 2025 19:32:00 | Regions, PO Box 1984, Birmingham, AL |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: n031 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 5487868 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jun 17 2025 19:41:52 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5487871 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | | |
| | | | Jun 17 2025 19:31:00 | US Bank, 2800 Tamarak Rd, Owensboro, KY 42301 |
| 5487869 | | Email/Text: bankruptcies@uplift.com | | |
| | | | Jun 17 2025 19:31:00 | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 5487870 | ^ | MEBN | | |
| | | | Jun 17 2025 19:29:27 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5489947 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | | |
| | | | Jun 17 2025 19:41:50 | U.S. Department of Housing and Urban Development, 77 Forsyth Street SW, Atlanta, GA 30303 |
| 5487872 | + | Email/PDF: OGCRegionIVBankruptcy@hud.gov | | |
| | | | Jun 17 2025 19:41:50 | US Dept of HUD, 451 7th St SW, Washington, DC 20410-0001 |
| 5487873 | + | Email/Text: ebone.woods@usdoj.gov | | |
| | | | Jun 17 2025 19:32:00 | US Dept of HUD, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5491188 | ^ | MEBN | | |
| | | | Jun 17 2025 19:29:28 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Centeria Nashia Elbert trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00729−JAW
**Chapter:** 13

**In re:**

Centeria Nashia Elbert
227 Western Hills Dr
Jackson, MS 39212

Notice of Entry of Order Confirming Plan

The Court entered an Order on 06/17/2025 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 17, 2025

Danny L. Miller, Clerk of Court