**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Centeria Nashia Elbert, Debtor                     Case No. 25-00729-JAW
                                                                                  **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: July 29, 2026                     Signature:   /s/ Thomas C. Rollins, Jr.
                                                                   Thomas C. Rollins, Jr. (MSBN 103469)
                                                                   Jennifer A Curry Calvillo (MSBN 104367)
                                                                   The Rollins Law Firm, PLLC
                                                                   P.O. Box 13767
                                                                   Jackson, MS 39236
                                                                   trollins@therollinsfirm.com
                                                                   601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Centeria Nashia Elbert, Debtor**          **Case No. 25-00729-JAW**
                                                                          **CHAPTER 13**

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor will be out of work due to surgery.

3. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of September and October 2026.

4. Debtor wishes to resume making plan payments beginning in November 2026.

5. Debtor is requesting that her Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CENTERIA NASHIA ELBERT

CASE NO: 25-00729-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/29/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/29/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CENTERIA NASHIA ELBERT

CASE NO: 25-00729-JAW

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/29/2026, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-00729-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
WED JUL 29 12-31-35 PST 2026

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

UPSTART NETWORK  INC
CO PERITUS PORTFOLIO SERVICES II  LLC
PO BOX 1149
GRAPEVINE  TX 76099-1149

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

ADVANCE AMERICA
322 RHETT ST
GREENVILLE  SC 29601-2532

ADVANCE AMERICA
CO PURPOSE FINANCIAL  INC
PO BOX 3058
SPARTANBURG  SC 29304-3058

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO  CA 94108-2716

AFTERPAY
222 KEARNY ST 600
SAN FRANCISCO  CA 94108-4509

AMERICAN CREDIT ACCEPTANCE
ATTN BANKRUPTCY
961 EAST MAIN STREET
SPARTANBURG SC 29302-2149

(P)ASSUREX HEALTH
6960 CINTAS BLVD
MASON OH 45040-8922

AVANT
640 LA SALLE ST
STE 535
CHICAGO  IL 60654-3731

AVANTWEBBANK
222 N LASALLE ST
SUITE 1600
CHICAGO  IL 60601-1112

BAPTIST MEDICAL CENTER
1225 N STATE ST
JACKSON  MS 39202-2097

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CCBINTEGRA
120 S LASALLE ST
CHICAGO  IL 60603-3403

CLIMB CREDIT
PO BOX 91910
SIOUX FALLS  SD 57109-1910

CLIMB INVESTCO LLC
CO LAUNCH SERVICING  LLC
PO BOX 91910
SIOUX FALLS SD 57109-1910

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

DEPARTMENT OF TREASURY  INTERNAL REVENUE SE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

FINWISE BANK
CO OPPORTUNITY FINANCIAL  LLC
PO BOX 5040
FREDERICKSBURG  VA 22403-0640

FINWISE BANK
PO BOX 565848
DALLAS  TX 75356-5848

GENESIS FS
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON  OR 97076-4401

INTEGRA
3280 N UNIVERSITY AVE
PROVO  UT 84604-4405

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

EXCLUDE

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)KLARNA INC
ATTN BANKRUPTCY
PO BOX 8116
COLUMBUS OH 43201-0116

KUBOTA CREDIT
ATTN BANKRUPTCY
PO BOX 2046
GRAPEVINE  TX 76099-2046

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)LAUNCH SERVICING  LLC
P O BOX 91910
SIOUX FALLS SD 57109-1910

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MOHELA
PO BOX 9640
WILKES-BARRE  PA 18773-9640

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

MS SPORTS MEDICINE
1325 E FORTIFICATION
JACKSON  MS 39202-2499

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MOHELANAVIENT
633 SPIRIT DRIVE
CHESTERFIELD  MO 63005-1243

NETCREDIT
175 W JACKSON BLVD
SUITE 600
CHICAGO  IL 60604-2948

OPPLOANS
ATTN BANKRUPTCY
130 E RANDOLPH ST
STE 3400
CHICAGO  IL 60601-6379

ORKIN
1205 PIN OAK DR
FLOWOOD  MS 39232-9715

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND  WA  98083-0788

REGIONAL MANAGEMENT CORPORATION
979 BATESVILLE ROAD STE B
GREER SC 29651-6819

RISE CREDIT
4150 INTERNATIONAL PLA
FORT WORTH  TX 76109-4892

RISE CREDIT
PERITUS PORTFOLIO SERVICES II  LLC
PO BOX 1149
GRAPEVINE  TX 76099-1149

REGIONAL ACCEPTANCE
ATTN BANKRUPTCY
1424 E FIRE TOWER RD
GREENVILLE  NC 27858-4105

REGIONAL ACCEPTANCE CORPORATION
PO BOX 1847
WILSON  NC 27894-1847

REGIONAL FINANCE
ATTN BANKRUPTCY
979 BATESVILLE RD
STE B
GREER  SC 29651-6819

REGIONS
PO BOX 1984
BIRMINGHAM  AL 35201-1984

ROBERT ELBERT  JR
227 WESTERN HILLS DR
JACKSON  MS 39212-3216

STRINGER FURITURE
3105 LYNCH ST
JACKSON  MS 39209-7351

STRINGER FURNITURE
STRINGER FURNITURE CO
3105 JR LYNCH ST
JACKSON  MS 39209

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO  FL 32896-5064

(P)US DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

(P)U S  BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

~~EXCLUDE~~

~~(D)(P)US DEPARTMENT OF HOUSING AND URBAN~~
~~DEVELOPMENT~~
~~ATTN ROBERT ZAYAC~~
~~40 MARIETTA ST SUITE 300~~
~~ATLANTA GA 30303-2012~~

US DEPT OF HUD
CO US ATTORNEY
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

(P)UPLIFT  INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

~~EXCLUDE~~

~~(D)UPSTART NETWORK  INC~~
~~CO PERITUS PORTFOLIO SERVICES II  LLC~~
~~PO BOX 1149~~
~~GRAPEVINE TX 76099-1149~~

DEBTOR

CENTERIA NASHIA ELBERT
227 WESTERN HILLS DR
JACKSON  MS 39212-3216

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~

~~EXCLUDE~~

~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT~~
~~200 NORTH CONGRESS STREET  STE 400~~
~~JACKSON  MS 39201-1902~~