**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**CENTERIA NASHIA ELBERT** **CASE NO. 25-00729-JAW**

**TRUSTEE'S OBJECTION TO**
**DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS**

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Objection to the Debtor's Motion and Notice to Suspend Plan Payments (Docket #24) and in support thereof, would show unto the Court the following:

1. The Debtor proposes to suspend plan payments for September 2026 and October 2026, with plan payments resuming November 2026, due to work leave for surgery.
2. The Debtor's Motion also proposes to suspend ongoing mortgage payments being paid through the plan during the suspension period.
3. The Debtor's confirmed plan (Docket #18) provides that the U.S. Department of Housing and Urban Development (Claim 2-1) will be paid in full when due as of August 1, 20249 and the Debtor's ongoing mortgage payments for U.S. Bank are remitted through the Debtor's spouse's pending Chapter 13 Plan. *In re Elbert*, Case No. 25-00046-JAW (Bankr. S.D. Miss. Jan. 7, 2025).
4. The Debtor's plan does not include ongoing mortgage payments.
5. The plan payments are current.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that this Objection be received and filed and at the hearing hereon an Order be entered granting the Motion to Suspend Plan Payments in part for September 2026 and October 2026 with plan

payments resuming as of November 2026 and denying the ongoing mortgage payment suspension as the confirmed plan does not include ongoing mortgage payments; and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: August 18, 2026

Respectfully Submitted,

/s/ *Semoune Ellis*

Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Objection to the following, by electronic, ECF filing, and/or mail to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor(s):**

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com

DATED: August 18, 2026

/s/ *Semoune Ellis*
Semoune Ellis