**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **CENTERIA NASHIA ELBERT** | **CASE NO. 25-00729-JAW** |

# AGREED ORDER

**THIS MATTER** came before the Court on the Debtor's Motion to Suspend Plan Payments (Docket #24) and the Trustee's Objection (Docket #25). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Debtor's Motion to Suspend Plan Payments and the Trustee's Objection should be granted in part.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's Motion to Suspend Plan Payments and the Trustee's Objection are hereby granted in part.

**IT IS, THEREFORE, ORDERED** that the plan payments shall be suspended for September 2026 and October 2026 with plan payments resuming as of November 2026.

**IT IS ORDERED** that subsequent to the suspension period, the Trustee shall cure and amortize the plan payment arrearages over the remaining plan term and amend the plan and wage order accordingly.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/ *Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ *Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com