United States Bankruptcy Court
Southern District of Mississippi

In re:
Centeria Nashia Elbert
Debtor

Case No. 25-00729-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 1
Date Rcvd: Aug 26, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Centeria Nashia Elbert, 227 Western Hills Dr, Jackson, MS 39212-3216 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Centeria Nashia Elbert trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**CENTERIA NASHIA ELBERT** **CASE NO. 25-00729-JAW**

**AGREED ORDER**

**THIS MATTER** came before the Court on the Debtor's Motion to Suspend Plan Payments (Docket #24) and the Trustee's Objection (Docket #25). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Debtor's Motion to Suspend Plan Payments and the Trustee's Objection should be granted in part.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's Motion to Suspend Plan Payments and the Trustee's Objection are hereby granted in part.

**IT IS, THEREFORE, ORDERED** that the plan payments shall be suspended for September 2026 and October 2026 with plan payments resuming as of November 2026.

**IT IS ORDERED** that subsequent to the suspension period, the Trustee shall cure and amortize the plan payment arrearages over the remaining plan term and amend the plan and wage order accordingly.

**##END OF ORDER##**

**SUBMITTED BY:**

*/s/ Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Email: sellis@tpmartinch13.com

**AGREED BY:**

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com