0040-2H-EPIDCTXX-00427460-372744

IN THE UNITED STATES BANKRUPTCY COURT FOR
Southern District of Mississippi

IN RE: CENTERIA NASHIA ELBERT
227 WESTERN HILLS DR
JACKSON, MS 39212

CHAPTER 13
Case No: 25-00729- JAW

# CERTIFICATE OF SERVICE

I, Torri Parker Martin, Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified 09/11/2026

/s/ Torri Parker Martin
Torri Parker Martin